

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00070-CR

GREGORY ARELLANO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A20048-1509, Honorable Robert W. Kinkaid, Jr., Presiding

April 3, 2020

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Gregory Arellano was convicted of evading arrest or detention using a vehicle. Following the conviction, his trial counsel moved to withdraw and filed a "Notice" with the trial court clerk stating the deadline to file a notice of appeal. The "Notice" was forwarded to this Court by the trial court clerk as a notice of appeal.

Because the "Notice" did not show Arellano's desire to appeal from the judgment, we directed trial counsel to show how we have jurisdiction over the appeal. *See* TEX. R. APP. P. 25.2(c)(2). Counsel advised that the "Notice" was not intended as a notice of

appeal.  No other documents were filed by Arellano indicating a bona fide attempt to invoke this Court's jurisdiction.  *See Few v. State,* 230 S.W.3d 184, 189 (Tex. Crim. App. 2007).  Accordingly, we dismiss the appeal for want of jurisdiction.

Per Curiam

Do not publish.